UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In re: )
) Case No. _____
MAROUAN HAJ MABROUK )
) Chapter 7
Debtor. )

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐ All pay advices from the last 60 days are attached.

☑ The debtor certifies by his/her signature below that he/she has no pay records because:

    ☑ Debtor was unemployed.

    ☐ Debtor was paid in cash.

    ☐ Debtor lost pay stubs.

    ☐ Other explanation:_____.

X _____
Signature of Debtor 1, Filing Pro Se
Executed on 11/20/2019
MM / DD / YYYY




**FAQs**                                                                                                  11/20/2019 12:24 PM

## BENEFIT PAYMENT HISTORY

### Important

- If the Method of Payment is blank for recently processed weeks, we are in the process of updating our database. Please visit us again today after 3:00 PM. If 10 days or more have elapsed from the Payment Issue Date and you have not received the check, click on the "Check" hyperlink for the week you feel you may be missing to learn of the status of payment.
- These payments may reflect amounts paid below your weekly benefit rate because of Federal Withholding, Support Withholding, and similar type deductions as shown, if applicable. Click on Remaining Balance for more information.

**ATTENTION:** You can check if your UC benefits are available to you now. Debit card users can login to www.usbankreliacard.com or by calling US Bank directly at 888-233-5916 in order to obtain payment information such as account balance, transaction history, etc. Direct deposit users should contact their financial institution in order to obtain information on deposited benefits by any of the following methods available: online, mobile banking, ATM network, self-service telephone, customer service lines.

Payments are generally available within two business days of the Payment Issue Date. For example, if the Payment Issue Date is Monday begin checking with US Bank or your financial institution on Wednesday. Please note that holidays and weekends will cause delays in payment availability.

| | |
|---|---|
| * Claimant Name: | MAROUAN HAJ MABROUK |
| * Social Security Number: | XXX-XX-8094 |
| * AB Date: | 10/06/2019 |
| * Program Type: | UC |

Back          Print-Friendly Page

| Week Ending Date | Payment Number | Status | Amount Paid | Method of Payment | Payment Issue Date |
|---|---|---|---|---|---|
| 11/16/2019 | 01224273 | Paid | $319.00 | Direct Deposit | 11/19/2019 |
| 11/16/2019 | | Benefit Reduction | $9.00 | | |
| 11/16/2019 | 09999991 | Federal Withholding | $37.00 | | |
| 11/09/2019 | 01224273 | Paid | $319.00 | Direct Deposit | 11/19/2019 |
| 11/09/2019 | | Benefit Reduction | $9.00 | | |
| 11/09/2019 | 09999991 | Federal Withholding | $37.00 | | |
| 11/02/2019 | 01078024 | Paid | $319.00 | Direct Deposit | 11/05/2019 |
| 11/02/2019 | | Benefit Reduction | $9.00 | | |
| 11/02/2019 | 09999991 | Federal Withholding | $37.00 | | |
| 10/26/2019 | 01078024 | Paid | $319.00 | Direct Deposit | 11/05/2019 |
| 10/26/2019 | | Benefit Reduction | $9.00 | | |
| 10/26/2019 | 09999991 | Federal Withholding | $37.00 | | |
| 10/19/2019 | 00933665 | Paid | $319.00 | Direct Deposit | 10/22/2019 |