```
                                      United States Bankruptcy Court
                                      Middle District of Pennsylvania
In re:                                                                          Case No. 19-04953-HWV
Marouan Hajmabrouk                                                              Chapter 7
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: Christina             Page 1 of 1              Date Rcvd: Dec 26, 2019
                              Form ID: ntcor341           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr             +Lawrence G. Frank (Trustee),    100 Aspen Drive,    Dillsburg, PA 17019-9621
5272711        +Amex,   Attn Bankruptcy,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
5282814         CornerStone Education Loan Services,     PO Box 145123,    Salt Lake City, UT 84114-5123
5272714        +Hamed Hajmabrouk,    314 West Snyder Street,    Selinsgrove, PA 17870-1520
5272718        +Midland Funding LLC,    Att Bankruptcy,    1 International Plaza 5th Floor,
                 Philadelphia, PA 19113-1510
5272719        +Pamela F Hill Inc,    DBA Signature Staffing,    814 Market St,    Lemoyne, PA 17043-1517
5272723        +Target Xpress,    Rent A Car and Sales,    2968 W 12 TH St,    Erie, PA 16505-3922
5272721        +Telecom Self Reported,    PO BOx 4500,    Allen, TX 75013-1311
5272722        +Toyota Motor Credit,    Att Bankruptcy,    PO Box 9786,    Cedar Rapids, IA 52409-0004
5272724        +Uheaa,   PO Box 61047,    Harrisburg, PA 17106-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: marwenhm@ymail.com Dec 26 2019 18:55:33     Marouan Hajmabrouk,    314 W Snyder St,
                 Selinsgrove, PA 17870-1520
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 26 2019 18:55:48      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5272712        +E-mail/Text: bankruptcy@usecapital.com Dec 26 2019 18:55:59      Capital Accounts,
                 Attn Bankruptcy,    PO Box 140065,    Nashville, TN 37214-0065
5272713        +E-mail/Text: bankruptcy@cavps.com Dec 26 2019 18:55:52      Cavalry Portfolio Serv,
                 Att Bankruptcy,    4050 E Cotton Center Blv,    Phoenix, AZ 85040-8862
5272715         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 26 2019 18:55:51      Jefferson Capital Systems Llc,
                 Att Bankruptcy,    PO Box 772813,    Chicago, IL 60677-2813
5272716        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 26 2019 19:02:17     LVNV Funnding Llc,
                 Att Bankruptcy,    PO BOx 740281,    Houston, TX 77274-0281
5272717        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 26 2019 18:55:48      Midland Funding,   Att Bankruptcy,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
5272720        +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2019 19:01:56     Syncb Amazon,   Att Bankruptcy,
                 PO Box 965015,    Orlando, FL 32896-5015
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CornerStone Education Loan Services,    PO Box 145123,    Salt Lake City, UT 84114-5123
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marouan Hajmabrouk,　　　　　　　　　　　Chapter　　7

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　Case No.　　1:19−bk−04953−HWV

Social Security No.:
　　　　　　　xxx−xx−8094

Employer's Tax I.D. No.:

## Notice

You were mailed a Meeting of Creditors Notice in the above−referenced case. A correction was made to the information contained in that notice as stated below:

- Meeting of Creditors date, time or location

The below dates may be the same as on the original notice, unless any changes were required. All other information on the original 341 Notice will remain in full force and effect.

The Meeting of Creditors will be held:

| Borough Mun Bldg & Library−Lower Level, Comm Rm Ctr & West, One North High St, Selinsgrove, PA 17870 | Date: January 8, 2020 |
|---|---|
| | Time: 09:00 AM |

**Presumption of Abuse under 11 U.S.C. § 707(b):** The presumption of abuse does not arise.

**Deadline to:**

File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: **March 8, 2020 .**

Object to Exemptions: **Thirty (30) days after the *conclusion* of the meeting of creditors.**

File a Proof of Claim (except a governmental unit): **Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ChristinaKovach, Deputy Clerk

Date: December 26, 2019

ntcor341(03/18)