IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Marouan HajMabrouk, | : | Case No. 1:19-bk-04953-HWV |
| Debtor | : | Motion to Redeem (Doc. 20) |
| | : | CHAPTER 7 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Debtor is scheduled for a new job orientation on the same day at the same time.
Employer refused to reschedule.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Date: 2/10/2020         By: /s/ Marouan HajMabrouk
                        Debtor (s)
                        314 W Snyder St
                        Selinsgrove, PA 17870
                        (570) 540-2193

FILED
HARRISBURG, PA
2020 FEB 10 AM 9:12
CLERK
U.S. BANKRUPTCY COURT