```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 19-04953-HWV
Marouan Hajmabrouk                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 | Date Rcvd: Feb 13, 2020 |
| | Form ID: ortext | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db         +E-mail/PDF: marwenhm@ymail.com Feb 13 2020 19:35:59     Marouan Hajmabrouk,   314 W Snyder St,
         Selinsgrove, PA 17870-1520
                                                                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
         James   Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                 TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marouan Hajmabrouk

**Debtor 1**

Chapter: 7

Case number: 1:19−bk−04953−HWV

# ORDER

Proceeding Memo re: Hearing on Motion to Redeem; held. Record made. Matter continued. Order – Matter continued. Appearances: Debtor, Marouan Hajmabrouk appeared in person and James Warmbrodt participated by CourtCall. IT IS SO ORDERED on 2/11/2020. /s/Henry W. Van Eck (RE: related document(s)20, 22). Hearing scheduled for 3/18/2020 at 09:30 AM at US Courthouse/Ronald Reagan Federal Building, Bankruptcy Ctrm, 3rd floor, Harrisburg, PA 17101. (Goodling, Joan)

Order Text Entries (Form ortext) (2/19)