```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania

In re:                                                    Case No. 19-04953-HWV
Marouan Hajmabrouk                                        Chapter 7
        Debtor                 CERTIFICATE OF NOTICE

District/off: 0314-1          User: admin            Page 1 of 1        Date Rcvd: Mar 13, 2020
                              Form ID: 318           Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
```
5282814          CornerStone Education Loan Services,    PO Box 145123,   Salt Lake City, UT 84114-5123
5272714         +Hamed Hajmabrouk,    314 West Snyder Street,    Selinsgrove, PA 17870-1520
5272718         +Midland Funding LLC,    Att Bankruptcy,   1 International Plaza 5th Floor,
                  Philadelphia, PA 19113-1510
5272719         +Pamela F Hill Inc,    DBA Signature Staffing,    814 Market St,   Lemoyne, PA 17043-1517
5272723         +Target Xpress,    Rent A Car and Sales,    2968 W 12 TH St,   Erie, PA 16505-3922
5272724         +Uheaa,    PO Box 61047,   Harrisburg, PA 17106-1047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db              +E-mail/PDF: marwenhm@ymail.com Mar 13 2020 19:24:56      Marouan Hajmabrouk,    314 W Snyder St,
                  Selinsgrove, PA 17870-1520
5272711         +EDI: AMEREXPR.COM Mar 13 2020 23:18:00      Amex,    Attn Bankruptcy,   PO Box 297871,
                  Fort Lauderdale, FL 33329-7871
5272712         +E-mail/Text: bankruptcy@usecapital.com Mar 13 2020 19:25:40      Capital Accounts,
                  Attn Bankruptcy,   PO Box 140065,   Nashville, TN 37214-0065
5272713         +E-mail/Text: bankruptcy@cavps.com Mar 13 2020 19:25:26      Cavalry Portfolio Serv,
                  Att Bankruptcy,   4050 E Cotton Center Blv,   Phoenix, AZ 85040-8862
5272715          EDI: JEFFERSONCAP.COM Mar 13 2020 23:18:00      Jefferson Capital Systems Llc,   Att Bankruptcy,
                  PO Box 772813,   Chicago, IL 60677-2813
5272716         +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 19:32:46      LVNV Funnding Llc,
                  Att Bankruptcy,   PO BOx 740281,   Houston, TX 77274-0281
5272717         +EDI: MID8.COM Mar 13 2020 23:18:00      Midland Funding,    Att Bankruptcy,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
5272720         +EDI: RMSC.COM Mar 13 2020 23:18:00      Syncb Amazon,    Att Bankruptcy,   PO Box 965015,
                  Orlando, FL 32896-5015
5272721         +EDI: COMCASTCBLCENT Mar 13 2020 23:18:00      Telecom Self Reported,    PO BOx 4500,
                  Allen, TX 75013-1311
5272722         +EDI: TFSR.COM Mar 13 2020 23:18:00      Toyota Motor Credit,    Att Bankruptcy,   PO Box 9786,
                  Cedar Rapids, IA 52409-0004
                                                                                         TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              CornerStone Education Loan Services,    PO Box 145123,   Salt Lake City, UT  84114-5123
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
```
          James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 3
```

| | | |
|---|---|---|
| Debtor 1 | **Marouan Hajmabrouk** | Social Security number or ITIN    xxx–xx–8094 |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–04953–HWV | |

# Order of Discharge                                                                                          **12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marouan Hajmabrouk

**By the court:**

3/13/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                     **Order of Discharge**                                     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---