IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MAROUAN HAJMABROUK | : | CASE NO.: 1:19-bk-04953-HWV |
| | : | |
| Respondent. | : | CHAPTER 7 |

TOYOTA MOTOR CREDIT
PO BOX 9786
CEDAR RAPIDS, IA 52409

Movant.

Related to Doc. 33

FILED           Harrisburg, PA.
March 16, 2020
Clerk, U.S. Bankruptcy Court

**OBJECTION TO MOTION FOR REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

   Now come (s) the Debtor (s), Marouan HajMabrouk, and hereby submits this opposition to the Motion to Continue Hearing/Trial with Concurrence, filed by Toyota Motor Credit Corporation.

In support thereof debtor alleges as follows:

1. The vehicle appraisal by Toyota Motor Credit is scheduled on 03/17/2020.
2. There is no need to re-schedule the hearing as the appraisal will take place before the hearing.
3. The debtor (s) do not concur to re-schedule the hearing.

   **WHEREFORE**, the Debtor (s) respectfully pray the Court enter its Order denying request to continue hearing/trial with concurrence and to keep the date of 03/18/2020 @ 9:30 A.M

Date: <u>March 16, 2020</u>

Respectfully submitted,

/s/ MAROUAN HAJMABROUK
Debtor (s)
314 W Snyder St
Selinsgrove, PA 17870

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MAROUAN HAJMABROUK | : | CASE NO.: 1:19-bk-04953-HWV |
| | : | |
| Respondent. | : | CHAPTER 7 |

| | | |
|---|---|---|
| | : | |
| | : | Related to Doc. 33 |
| TOYOTA MOTOR CREDIT | : | |
| PO BOX 9786 | : | |
| CEDAR RAPIDS, IA 52409 | : | |
| | : | |
| Movant. | : | |

## CERTIFICATE OF SERVICE

I, Marouan HajMabrouk do hereby certify that I have served the foregoing Objection to the motion for request to continue hearing/trial with concurrence upon the following recipients:

| James C. Warmbrodt, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>*Creditor's attorney* | Lawrence G. Frank<br>lawrencegfrank@gmail.com<br>*Chapter 7 Trustee* | 228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101<br>*US Trustee* |
|---|---|---|
| N/A | N/A | N/A |

Method of Service: electronic means or U.S. First Class Mail.

Date: <u>March 16, 2020</u>

/s/ Marouan HajMabrouk
Debtor (s)
314 W Snyder St
Selinsgrove, PA 17870
570-540-2193

| From: | pambml_automation@pamb.uscourts.gov on behalf of PAMB |
| --- | --- |
| To: | PAMBml_fax |
| Subject: | EDSS filing from Marouan HajMabrouk for on Monday, March 16, 2020 - 13:30 |
| Date: | Monday, March 16, 2020 1:31:27 PM |

Submitted on Monday, March 16, 2020 - 13:30
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Marouan HajMabrouk
Debtor's name (if different):
Filer's EMail Address: marwenhm@ymail.com
Filer's Phone Number: 5705402193
Case number (if known): 1:19-bk-04953
  ==Documents==
  Document (PDF format only)*:

http://www.pamb.uscourts.gov/sites/default/files/webform/edss/objection.pdf
  Document description: OBJECTION TO MOTION FOR REQUEST TO CONTINUE
  HEARING/TRIAL WITH CONCURRENCE
  ==More Documents==
  Document 2 (PDF format only)*:
  Document 2 description:
  Document 3 (PDF format only)*:
  Document 3 description:
  Document 4 (PDF format only)*:
  Document 4 description:
  Document 5 (PDF format only)*:
  Document 5 description:


By entering my name in the box below, I affirm that I am intending to sign
this form with my signature and consent to use this electronic form.: Marouan
HajMabrouk

Case 1:19-bk-04953-HWV    Doc 34    Filed 03/16/20    Entered 03/16/20 13:50:50    Desc
Main Document      Page 3 of 3