```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-04953-HWV
Marouan Hajmabrouk                                                        Chapter 7
       Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 17, 2020
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: marwenhm@ymail.com Mar 17 2020 19:09:34     Marouan Hajmabrouk,    314 W Snyder St,
                 Selinsgrove, PA 17870-1520
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> Marouan Hajmabrouk <br> Debtor | BK. NO. 19-04953-HWV <br><br> Chapter 7 |
| Marouan Hajmabrouk <br> Movant <br> v. <br><br> Toyota Motor Credit Corporation <br> Respondent | Related to Doc. 20, 22 |
| Toyota Motor Credit Corporation <br> Movant <br> v. <br><br> Marouan Hajmabrouk <br> Respondent <br> and <br> Lawrence G. Frank <br> Trustee | Related to Doc. 21, 24 <br><br><br> Hearing Date: 3/18/20 @ 9:30 a.m. |

## ORDER

In accordance with this Court's Order 20-mp-00004 addressing this Court's response to the novel coronavirus or "COVID-19" it is hereby,

ORDERED that the hearing on the Debtor's Motion to Redeem and the Motion for Relief of Toyota Motor Credit Corp. currently scheduled for a hearing on March 18, 2020 is CANCELED; and it is further

ORDERED that the above-referenced hearing is hereby rescheduled for Wednesday, April 29, 2020 at 9:30 AM at 3rd and Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA 17101; and it is further

ORDERED that the Automatic Stay, to the extent it applies as of the date of this Order, shall remain in effect as to all creditors, for cause, up to and including April 29, 2020. This Order moots the request to continue and response thereto filed at Doc. No. 33 and 34.

Dated: March 17, 2020        By the Court,

*Henry W. Van Eck* (LS)
Henry W. Van Eck, Chief Bankruptcy Judge