# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> Marouan Hajmabrouk <br>                 Debtor | BK. NO. 19-04953-HWV <br><br> Chapter 7 |
| Marouan Hajmabrouk <br>                 Movant <br>      v. <br> Toyota Motor Credit Corporation <br>                 Respondent | Related to Doc. 20, 22 |
| Toyota Motor Credit Corporation <br>                 Movant <br>      v. <br> Marouan Hajmabrouk <br>                 Respondent <br>      and <br> Lawrence G. Frank <br>                 Trustee | Related to Doc. 21, 24 <br><br> Hearing Date: 3/18/20 @ 9:30 a.m. |

## **ORDER**

In accordance with this Court's Order 20-mp-00004 addressing this Court's response to the novel coronavirus or "COVID-19," and that Order having been extended through May 1, 2020, it is hereby,

ORDERED that the hearing on the Debtor's Motion to Redeem and the Motion for Relief of Toyota Motor Credit Corp. currently scheduled for a hearing on April 29, 2020 is CANCELED; and it is further

ORDERED that the above-referenced hearing is hereby rescheduled for Thursday, May 21, 2020 at 9:30 AM at 3rd and Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA 17101; and it is further

ORDERED that the Automatic Stay, to the extent it applies as of the date of this Order, shall remain in effect as to all creditors, for cause, up to and including May 21, 2020.

Dated: April 6, 2020         By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (LS)