```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                  Case No. 19-04953-HWV
Marouan Hajmabrouk                                                      Chapter 7
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1              Date Rcvd: May 15, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: marwenhm@ymail.com May 15 2020 19:08:27      Marouan Hajmabrouk,    314 W Snyder St,
                 Selinsgrove, PA 17870-1520
                                                                                               TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              James     Warmbrodt     on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)     lawrencegfrank@gmail.com,   PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MAROUAN HAJMABROUK | : | CASE NO.: 1:19-bk-04953-HWV |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| MAROUAN HAJMABROUK, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | 11 U.S.C. 722 |
| TOYOTA MOTOR CREDIT | : | |
| PO BOX 9786 | : | |
| CEDAR RAPIDS, IA 52409 | : | |
| | : | |
| Respondent. | : | |

**ORDER GRANTING REDEMPTION**

Upon the motion of the Debtor (s) and all objections having been withdrawn, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

Year: 2013    Make: Nissan    Model: Rogue    VIN # JN8AS5MVXDW603336

2. The debt owing the Respondent is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt and the Chapter 7 Trustee has filed a report of no distribution. The property is therefore deemed abandoned.

3. The value of the secured claim of the Respondent for redemption purposes, the "redemption amount" is $2,100.00.

**IT HEREBY ORDERED,**

1. That the Debtor (s) may redeem the subject property by paying to the Respondent on or before the thirtieth (30th) day following entry of this Order the redemption amount.

2. Upon timely receipt of such payment, the Respondent is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.

3. In the event of the failure of the Respondent to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.

Dated: May 14, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (LS)